896 A.2d 373

**LAVALE ASSOCIATES, d/b/a Country Club Mall**

v.

**SUPERVISOR OF ASSESSMENTS OF ALLEGANY COUNTY.**

**No. 90, Sept. Term, 2006.**

Court of Appeals of Maryland.

April 13, 2006.

Joseph S. Kaufman (Schulman & Kaufman, LLC, Baltimore, on brief), for petitioner.

Jeffey G. Comen, Asst. Atty. Gen. (J. Joseph Curran, Jr., Atty. Gen., on brief), for respondent.

Argued before BELL, C.J., RAKER, WILNER, CATHELL, HARRELL, BATTAGLIA and GREENE, JJ.

**PER CURIAM ORDER.**

The petition for writ of certiorari in the above-entitled case having been granted and argued, it is this 13th day of April, 2006,

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.